IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KRISTOFOR DEANGELIS, Individually and
on behalf of all others Similarly Situated                                                            PLAINTIFF

v.                                        Case No. 6:20-cv-6103

GREAT SOUTHERN WOOD-GLENWOOD, INC.
and WOOD PRESERVING, INCORPORATED                                                           DEFENDANTS

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice.  ECF No. 19.  The parties stipulate that they have resolved all claims in this lawsuit and that this case should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  The instant stipulation of dismissal is signed by Plaintiff[1] and Defendants.  Thus, Plaintiff's claims against Defendants were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for purposes of maintaining the docket.  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court notes that no collective or class action has been certified in this case, and the parties' agreement does not purport to resolve any claims on behalf of any collective or class.